301 P.2d 339

**STATE of New Mexico, Plaintiff-Appellant,**

v.

**Mike ORTIZ, Defendant-Appellee.**

**No. 6021.**

Supreme Court of New Mexico.

Sept. 6, 1956.

Richard H. Robinson, Atty. Gen., Paul L. Billhymer, Walter R. Kegel, Asst. Attys. Gen., for appellant.

Harold A. Roberts, Santa Fe, for appellee.

PER CURIAM.

The same questions are presented in this case as in the case of State v. Garcia, 61 N.M. 404, 301 P.2d 337, and with which it has been consolidated for oral argument and submission. Accordingly, on the authority of the pronouncements made in the latter case, the judgment in this case is correct and should be affirmed.

It is so ordered.